UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>EAST MOWRY AUTO CENTER, LLC,<br><br>　　　　　Defendant. | Case No. 20-cv-07526-JST<br><br>**ORDER TO SHOW CAUSE** |

　　　The parties have failed to comply with the Court's order to file, by July 28, 2021, a notice of settlement, notice of mediation, or joint statement explaining why neither notice could be filed. ECF No. 18.  Plaintiff is ordered to show cause in writing by August 11, 2021, as to why this case should not be dismissed for failure to prosecute.  Failure to file a timely response to this order to show cause will result in dismissal of this case with prejudice.

　　　**IT IS SO ORDERED.**

Dated: August 4, 2021



　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　United States District Judge