UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>        Plaintiff,<br><br>    v.<br><br>EAST MOWRY AUTO CENTER, LLC,<br><br>        Defendant. | Case No. 20-cv-07526-JST<br><br>**ORDER OF DISMISSAL UPON SETTLEMENT**<br><br>Re: ECF No. 26 |

    The parties have filed a notice of settlement. ECF No. 26. Accordingly, any scheduled hearings or deadlines are vacated, and this matter is dismissed with prejudice. The Clerk shall close the file.

    This order will be vacated if any party, after meeting and conferring with opposing parties, files a notice that settlement has not occurred within sixty days of the date of this order.

    **IT IS SO ORDERED**.

Dated: August 26, 2021

                                                       JON S. TIGAR
                                       United States District Judge